E-Filed: 3-10-10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. ERICKSON and KATE ERICKSON, | CASE NO. 09-06111 MMM (AJWx) |
| Plaintiffs, | JUDGMENT FOR DEFENDANT |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC), | |
| Defendant. | |

On March 9, 2010, the court granted the defendant's motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and dismissed plaintiffs' complaint without leave to amend. Accordingly,

IT IS ORDERED AND ADJUDGED that the action be dismissed for lack of subject matter jurisdiction.

DATED: March 9, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE